# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Staff Sergeant JESUS J. MEDELLIN
### United States Air Force

## ACM S32272

## 2 July 2015

Sentence adjudged 24 July 2014 by SPCM convened at Joint Base San Antonio-Lackland, Texas. Military Judge: Lyndell M. Powell (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 6 months, and reduction to E-1.

Appellate Counsel for the Appellant: Lieutenant Colonel Lucy H. Carrillo and Major Thomas A. Smith.

Appellate Counsel for the United States: Gerald R. Bruce, Esquire

Before

MITCHELL, TELLER, and BENNETT
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The court notes that the court-martial order (CMO), dated 5 November 2014, does not list the convening authority's deferment of mandatory forfeitures from 7 August 2014 until action. The court orders the promulgation of a corrected CMO. See Air Force instruction 51-201, Administration of Military Justice, ¶ 9.29.1.3 and figure 9.12 (6 June 2013).

Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court